IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ROLLED ALMANZA | : | |
| | : | |
| and | : | |
| | : | |
| LAURA LIZZET ALMANZA MIRANDA, | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | Case No.:_____ |
| | : | |
| JILLIAN ELIZABETH BROCK, et al. | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF REMOVAL**

To the Honorable Judges of the Eastern District of Virginia:

Defendants[1] Jillian E. Brock, Perry D. Bailey, Brett B. Phillips, Michael Paul Ramirez,

Colin E. Whittington, D. Clarke, Charles A. Forsch, Joshua C. Edney, and Michael L. Chapman,

by and through their undersigned counsel, Alexander Francuzenko, Esq., Michael D. Arena,

Esq., and the law firm of Cook, Craig & Francuzenko, PLLC, hereby submit this Notice of

Removal pursuant to 28 U.S.C. § 1446, requesting that this Honorable Court assume jurisdiction

over this action, and sets forth the following reasons:

1.      The above-captioned matter was commenced by the filing of a Complaint in the

Circuit Court of Loudoun County on February 21, 2018. The action is currently pending in that

court. A copy of the Complaint and the summons issued to these Defendants is attached hereto

---

[1] At the time of filing this Notice of Removal, Defendant Jeffry D. Rima has not been served with process.

1

pursuant to 28 U.S.C. § 1446 (Attachment 1). To date no defendant has filed a responsive pleading. In their Complaint, Plaintiffs demand a trial by jury.

2.      Plaintiffs Rolled Almanza and Laura Lizzet Almanza Miranda's (hereinafter collectively referred to as "Plaintiffs") Complaint asserts, among numerous other alleged violations of law, a civil rights conspiracy to violate Plaintiffs' U.S. Constitutional rights (Counts IX and X), as well as violation of Plaintiffs' Constitutional right under the Fourth Amendment to be free from unlawful arrest and seizure (Counts XI and XII).

3.      Plaintiffs allege Defendants engaged in a civil rights conspiracy, "which resulted in deprivation of [Alamanza's and Laura's] Constitutional right to privacy and to be secure in [Almanza's] vehicle." (Compl. at ¶¶ 142, 149).

4.      In their Complaint, Plaintiffs allege civil rights conspiracy claims pursuant to 42 U.S.C.A § 1983 and § 1985, pinpoint citing case law establishing these claims under both federal statutes. (Compl. at ¶¶ 142, 149).[2]

5.      Additionally, in Counts XI and XII of their Complaint, Plaintiffs allege that their Constitutional right to be free from unlawful arrest and seizure was violated. (*See* Compl. at ¶ 155) (asserting violation of arrestee's constitutional right to be free from unlawful arrest and

---

[2] Specific pincites Plaintiffs use to set forth and support the federal claims in Count IX and X include: *Hinkle v. City of Clarksburg, W. Va.*, 81 F.3d 416, 421 (4th Cir. 1996) (citing *Hafner v. Brown*, 983 F.2d 570, 577 (4th Cir. 1992) **("To establish a civil conspiracy under § 1983**, Appellants must present evidence that the Appellees acted jointly in concert and that some overt act was done in furtherance of the conspiracy which resulted in Appellants' deprivation of a constitutional right"); *Simmons v. Poe*, 47 F.3d 1370, 1377 (4th Cir. 1995) (citing *Caldiera v. Cnty. Of Kauai*, 866 F.2d 1175, 1181 (9th Cir. 1989) ("Moreover, the law is well settled that **to prove a section 1985 'conspiracy,'** a claimant must show an agreement or a 'meeting of the minds' by defendants to violate the claimant's constitutional rights"); *McDaniel v. Maryland*, 2010 WL 326007, at *12 (D. Md. Aug. 18, 2010) (citing *Hinkle*, 81 F.3d at 421) ("At bottom, the allegations of the complaint, considered together and liberally construed, 'reasonably lead to the inference that [the defendants] positively or tacitly came to a mutual understanding to try to accomplish a common and unlawful plan.' *Hinkle,* 81 F.3d at 421. McDaniel has **therefore stated a claim for civil conspiracy under § 1983**"). (*See* Compl. at ¶¶ 142, 149).

citing *U.S. v. Watson*, 423 U.S. 411 (1976) (warrantless arrest and ensuing search of arrestee's automobile not violative of the Fourth Amendment if probable cause exists)).

6. Pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1443, this case meets the requirements for removal to federal court as it asserts claims arising out of the United States Constitution and laws of the United States and maintains a "civil rights" action.

7. This Notice of Removal is being filed with the Court within thirty (30) days after Defendants' receipt of the Complaint. As thirty (30) days have not expired since the action was received by Defendants, removal is proper pursuant to 28 U.S.C. § 1446(b).

8. The filing of this Notice of Removal is being served on Plaintiffs and the Clerk of Loudoun County Circuit Court (Attachment 2).

9. Based on the foregoing, this action must be removed to United States District Court for the Eastern District of Virginia, Alexandria Division, pursuant to 28 U.S.C. § 1446.

WHEREFORE, the Defendants, Jillian E. Brock, Perry D. Bailey, Brett B. Phillips, Michael Paul Ramirez, Colin E. Whittington, D. Clarke, Charles A. Forsch, Joshua C. Edney, and Michael L. Chapman, respectfully request that this action be removed from Loudoun County Circuit Court to the United States District Court for the Eastern District of Virginia (Alexandria Division).

Respectfully Submitted,

\_\_\_\_/s/_____
Alexander Francuzenko, VA Bar #36510
Michael D. Arena, VA Bar #87278
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA  22030
(703) 865-7480 (office)
(703) 434-3510 (fax)
alex@cookcraig.com
marena@cookcraig.com
*Counsel for Defendants Jillian E. Brock, Perry D.*
*Bailey, Brett B. Phillips, Michael Paul Ramirez,*
*Colin E. Whittington, D. Clarke, Charles A. Forsch,*
*Joshua C. Edney, and Michael L. Chapman*

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2018, I served a copy of the foregoing Notice

of Removal upon the following via ECF and U.S. Mail:

Thomas K. Plofchan, Esq.
WESTLAKE LEGAL GROUP
46175 Westlake Drive, Suite 320
Potomac Falls, Virginia 20165
(703) 406-7616 (phone)
(703) 444-9498 (fax)
tplofchan@westlakelegal.com

Buta Biberaj, Esq.
BIBERAJ, SNOW, & SINCLAIR, PC
7 East Market Street, Suite 102
Leesburg, Virginia 20176
(703) 779-2000 (phone)
(703) 779-1025 (fax)
biberaj@loudounlawyers.com

_____/s/_____
Alexander Francuzenko, VA Bar #36510
Michael D. Arena, VA Bar #87278
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA  22030
(703) 865-7480 (office)
(703) 434-3510 (fax)
alex@cookcraig.com
marena@cookcraig.com
*Counsel for Defendants Jillian E. Brock, Perry D.
Bailey, Brett B. Phillips, Michael Paul Ramirez,
Colin E. Whittington, D. Clarke, Charles A. Forsch,
Joshua C. Edney, and Michael L. Chapman*

5